No. 86–5545. PREISER v. DEPARTMENT OF TRANSPORTATION ET AL. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 1, 1986, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 86–5547. IN RE JOHL. D. C. Conn. Petition for writ of common-law certiorari denied.

No. 86–5526. IN RE GLAZEBROOK. Petition for writ of mandamus denied.

No. 86–251. ROCKFORD LIFE INSURANCE CO. v. ILLINOIS DEPARTMENT OF REVENUE ET AL. Appeal from Sup. Ct. Ill. Probable jurisdiction noted.

No. 86–341. FORT HALIFAX PACKING CO., INC. v. COYNE, DIRECTOR, BUREAU OF LABOR STANDARDS OF MAINE, ET AL. Appeal from Sup. Jud. Ct. Me. Probable jurisdiction noted.

No. 86–357. AMERICAN TRUCKING ASSNS., INC., ET AL. v. SCHEINER, SECRETARY, DEPARTMENT OF REVENUE OF PENNSYLVANIA, ET AL. Appeal from Sup. Ct. Pa. Probable jurisdiction noted.

No. 86–130. ROCK v. ARKANSAS. Sup. Ct. Ark. Certiorari granted.

No. 86–228. KUNGYS v. UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 86–461. BOARD OF PARDONS ET AL. v. ALLEN ET AL. C. A. 9th Cir. Certiorari granted.